IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAQUAN BROWN,<br>SAHIR MCCORKLE, and<br>TYREEK BYRD | CRIMINAL ACTION NO.  20-260 |

### ORDER

In light of the Supreme Court's recent decision, *United States v. Taylor*,[1] the government moves to dismiss Counts Five and Nine of the Second Superseding Indictment under Rule 48(a) of the Federal Rules of Criminal Procedure.[2] Attorneys for the Defendants do not oppose the government's motion. Counts Five and Nine charge the Defendants with carrying and using a firearm during and in relation to a crime of violence, and aiding and abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2.[3] These counts are predicated on Counts Four and Eight of the Second Superseding Indictment, which charge the Defendants with attempted Hobbs Act robbery.[4] In *Taylor*, the Supreme Court held that attempted Hobbs Act robbery does not qualify as a "crime of violence," because no element of the offense requires proof that the defendant used, attempted to use, or threatened to use force.[5] Accordingly, Counts Five and Nine of the

---

[1] 142 S. Ct. 2015 (2022).

[2] Rule 48(a) provides that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint. The government may not dismiss the prosecution during trial without the defendant's consent."

[3] Second Superseding Indictment [Doc. No. 82] at 14, 18.

[4] Specifically, Count 4 relates to the alleged attempted robbery of D.W. at his home in Philadelphia, Pennsylvania on December 1, 2019. *Id.* at 13. Count 8 relates to the alleged attempted robbery of the home of A.H. in Uwchlan Township, Pennsylvania on January 3, 2020. *Id.* at 17.

[5] 142 S. Ct. at 2021, 2025-26.

1

Second Superseding Indictment must be dismissed, given that they are predicated on the attempted Hobbs Act robberies charged in Counts Four and Eight.

**AND NOW,** this 8th day of February 2023, upon consideration of the government's unopposed Motion to Dismiss Counts Five and Nine of the Second Superseding Indictment [Doc. No. 189], it is hereby **ORDERED** that the government's Motion is **GRANTED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**
